# EXHIBIT A

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

IN RE VANESSA STOLLER, DEBTOR
CASE NO: 2:22-bk-10141-MB
JUNE 2022

## CASH RECEPITS

Deposits:

| | | |
|---|---|---|
| 6/1 | | $2,500.00 |
| 6/13 | PayPal Adj | $   24.07 |
| 6/15 | | $  500.00 |
| 6/21 | | $3,100.00 |
| 6/24 | Refund | $   69.99 |
| 6/29 | | $1,000.00 |
| | TOTAL DEPOSITS | $7,194.06 |

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/1 | Amazon | $    5.44 |
| 6/1 | Returned Item | $   7.50 |
| 6/1 | Amazon | $  14.69 |
| 6/1 | Fabrizio  Med | $  20.00 |
| 6/1 | Amazon | $  65.21 |
| 6/1 | Isabella | $ 400.00 |
| 6/1 | BMW Fin | $ 422.77 |
| 6/1 | Medicare | $ 510.30 |
| 6/2 | Uber Eats | $ 30.37 |
| 6/6 | CVS | $ 52.05 |
| 6/6 | Dr.Ram Dandillya | $ 125.00 |
| 6/6 | Isabella | $ 300.00 |
| 6/7 | Parking | $    7.00 |
| 6/7 | Mink Radiology | $  40.00 |
| 6/7 | Din Tai Fung | $  120.50 |

| 6/8 | Brandee Tof | $ 18.00 |
| 6/8 | Skin Five | $ 31.76 |
| 6/9 | Ollo Food | $ 65.22 |
| 6/10 | Rite Aid | $ 27.56 |
| 6/10 | Marmalade Food | $ 49.97 |
| 6/10 | Ralphs | $ 80.02 |
| 6/10 | Bristol Farms | $104.53 |
| 6/13 | PayPal | $ 4.00 |
| 6/13 | Netflix | $ 15.49 |
| 6/13 | Walgreens | $ 47.60 |
| 6/13 | Lovis Food | $ 57.64 |
| 6/13 | PayPal | $ 73.25 |
| 6/13 | CVS | $ 122.56 |
| 6/13 | Ralphs | $ 132.06 |
| 6/14 | Prime Video | $ 9.99 |
| 6/14 | Ralphs | $ 31.28 |
| 6/14 | Lovis Food | $ 46.12 |
| 6/15 | Check #106   Trustee Fees | $ 250.00 |
| 6/15 | Instacart | $ 2.50 |
| 6/15 | CVS | $ 60.34 |
| 6/15 | Instacart | $ 140.22 |
| 6/16 | Mercado BA Food | $ 6.57 |
| 6/16 | Mercado BA Food | $ 11.86 |
| 6/16 | CVS | $ 12.48 |
| 6/16 | Newstand | $ 15.00 |
| 6/16 | Bristol Farms | $ 68.13 |
| 6/16 | Mercado BA Food | $ 93.20 |
| 6/16 | Mercado BA Food | $ 113.09 |
| 6/17 | Sole Soups | $ 65.32 |
| 6/17 | Isabella | $ 100.00 |
| 6/21 | Amazon Digit | $ 9.99 |
| 6/21 | CVS | $ 30.66 |
| 6/21 | CVS | $ 48.59 |
| 6/21 | CVS | $ 59.41 |

| | | |
|---|---|---|
| 6/21 | Sole Soups | $ 60.52 |
| 6/21 | Mercado BA Food | $ 70.00 |
| 6/21 | Kings Fish House | $ 85.14 |
| 6/21 | CVS | $ 88.59 |
| 6/21 | 9045 Wilshire Handicap App | $ 100.00 |
| 6/21 | Urbanstems Flowers | $ 133.27 |
| 6/21 | CVS | $ 179.26 |
| 6/21 | Bristol Farms | $ 239.77 |
| 6/22 | PayPal Google | $ 1.99 |
| 6/22 | Amazon Digit | $ 9.99 |
| 6/22 | Amazon Digit | $ 9.99 |
| 6/22 | Amazon Digit | $ 12.98 |
| 6/22 | Amazon Digit | $ 12.99 |
| 6/22 | Amazon Digit | $ 14.99 |
| 6/22 | Dan Modern Chine | $ 77.70 |
| 6/23 | Ralphs | $ 15.42 |
| 6/23 | Stonefire Grill | $ 69.99 |
| 6/23 | Dr. Rasouli | $ 100.00 |
| 6/27 | Amazon Digit | $ 7.95 |
| 6/27 | Amazon Digit | $ 7.99 |
| 6/27 | PayPal Ebay | $ 46.72 |
| 6/27 | PayPal Helpcour | $ 49.00 |
| 6/27 | Lovis Food | $ 63.85 |
| 6/27 | Ann Mattson Salon | $ 92.00 |
| 6/28 | Union Express | $ 14.13 |
| 6/28 | Lovis   Food | $ 16.51 |
| 6/28 | Literati  Food | $ 28.08 |
| 6/28 | Healtnut | $ 33.07 |
| 6/28 | Hummus Bar Rest | $ 113.08 |
| 6/28 | Ralphs | $ 208.64 |
| 6/29 | Bristol Farms | $ 57.84 |
| 6/29 | Chevron Gas | $ 80.07 |
| 6/30 | Bank Stat Fee | $ 5.00 |
| 6/30 | SQ Pudu | $ 6.42 |
| 6/30 | Amazon | $ 13.05 |

| | | |
|---|---|---|
| 6/30 | Amazon | $ 13.05 |
| 6/30 | Amazon | $ 14.21 |
| 6/30 | Gjelina Ven | $ 20.77 |
| 6/30 | Ollo food | $ 51.05 |
| 6/30 | Gjelina Ven | $ 149.28 |
| 6/30 | Wholefoods | $ 157.91 |
| 6/30 | Petsmart | $ 161.48 |
| 6/30 | 18K Nail Bout | $ 170.00 |
| 6/30 | Instacart Groceries | $ 209.34 |
| 6/30 | Warby Parker (Eye glasses) | $ 262.80 |

TOTAL DISBURSEMENTS $12,461.15

# EXHIBIT B

## BALANCE SHEET CONTAINING SUMMARY AND DETAIL OF ASSETS, LIABILITIES AND EQUITY

VANESSA STOLLER

CASE NO 1:22-bk-10141-MB

June 2022

## BALANCE SHEET

### ASSETS

Cash,                                                                    $930
Deposits

**Real property**

|  | 6,000,000 |
|---|---|

Household
Goods
Electronics
Clothing
Jewelry

|  | 20,000 |
|---|---|
|  | Unknown |

Lawsuit
Vehicle

|  | 12,000 |
|---|---|

**TOTAL**

|  | 6,032,930 |
|---|---|

### LIABILITIES

HOA (secured real property                                    $75,000

WELLS FARGO (Specialized Loan)(secured real property)        3,200,000

| | |
|---|---|
| FTB | 68,537 |
| IRS | 631,261 |
| BMW | 12,000 |
| Unsecured Claims | 12,821 |
| **TOTAL** | **3,999,619** |

# EXHIBIT C

# STATEMENT OF OPERATIONS (PROFIT OR LOSS)

VANESSA STOLLER

CASE NO 1:22-bk-10141-MB

May 2022

## PROFIT AND LOSS
## (CASH BASIS ONLY)

| | Current Month |
|---|---|
| Revenue: | |
| Gross Sales/Revenue | $7194 |
| Net Sales/Revenue | $ |
| | |
| Gross Profit | $7194 |
| | |
| Other Operating Income (Itemize) | |
| Operating Expenses: | |
| Payroll – Insiders | $ |
| Payroll – Other Employees | $ |
| Payroll Taxes | $ |
| Other Taxes (Itemize) | |
| Depreciation and Amortization | $ |
| Rent Expense – Real Property | $ |
| Lease Expense – Personal Property | $ |
| Insurance | $ |
| Real Property Taxes | $ |
| Telephone and Utilities | $ |
| Repairs and Maintenance | $ |
| Travel and Entertainment (Itemize) | $ |
| Miscellaneous Operating Expenses (see disbursements) | $12,461 |
| Total | $ |
| Total Operating Expenses | $ |
| | |
| Net Gain/(Loss) from Operations | -5,267 |
| Non-Operating Income: | |
| Interest Income | |
| Net Gain on Sale of Assets (Itemize) | |
| Other (Itemize) | |
| Total Non-Operating Income | |
| | |
| Non-Operating Expenses: | |
| Interest Expense | |
| Legal and Professional (Itemize) | $ |
| Other (Itemize) Auto Payment | $ |
| | $ |
| Total Non-Operating Expenses | |
| | |
| NET INCOME/(LOSS) | -5,267 |

# EXHIBIT D

# ACCOUNTS RECEIVABLE AGING

# EXHIBIT E

## POSTPETITION LIABILITIES AGING

# EXHIBIT F

# STATEMENT OF CAPITAL ASSETS

VANESSA STOLLER

CASE NO 1:22-bk-10141-MB

June 2022

## STATEMENT OF CAPITAL ASSETS


### TO BE SUBMITTED

# EXHIBIT G

## SCHEDULE OF PAYMENTS TO PROFESSIONALS

VANESSA STOLLER

CASE NO 1:22-bk-10141-MB

## SCHEDULE OF PAYMENTS PROFESSIONALS

| Name of professional | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# EXHIBIT H

# SCHEDULE OF PAYMENTS TO INSIDERS

VANESSA STOLLER

CASE NO 1:22-bk-10141-MB

### SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# EXHIBIT I

# BANK STATEMENTS AND RECONCILATIONS

# BANC OF CALIFORNIA

VANESSA STOLLER
DEBTOR-IN-POSSESSION
CASE NO: 1:22-BK-10141-MB
5747 HOBACK GLEN ROAD
HIDDEN HILLS CA 91302

30
1
1

Specialty Markets - Prof. Serv

SANTA ANA CA 92707

## Basic Checking ACCOUNT XXXXXX9132

| | | |
|---|---|---|
| LAST STATEMENT 05/31/22 | | 6,197.65 |
| 7 CREDITS | | 7,194.06 |
| 95 DEBITS | | 12,461.15 |
| THIS STATEMENT 06/30/22 | | 930.56 |

- - - - - - - - DEPOSITS - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 06/01    2,500.00 | | |

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX5733 ADJ CREDIT PAYPAL *FRGTEAMF San Jose CA 69424885 061201028733 | 06/13 | 24.07 |
| CASH ATM DEPOSIT | 06/15 | 500.00 |
| Zelle From STOLLER LAW GROUP, APC +1-877-696 | 06/21 | 100.00 |
| Zelle From STOLLER LAW GROUP, APC +1-877-696 | 06/21 | 3,000.00 |
| XX5733 ADJ CREDIT STONEFIRE GRILL WEST HILLS CA 84700478 167897 | 06/24 | 69.99 |
| Zelle From STOLLER LAW GROUP, APC +1-877-696 | 06/29 | 1,000.00 |

- - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 107 06/15    250.00 | | |

- - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX3230 POS CHK PURCHAS AMAZON.COM*1X14R SEATTLE WA 00000101 25F3T5ZW2W99 | 06/01 | 5.44 |
| RETURNED ITEM FEE | 06/01 | 7.50 |

* * * C O N T I N U E D * * *

OPS-5000



# BANC OF CALIFORNIA

VANESSA STOLLER

## Basic Checking ACCOUNT XXXXXX9132

### - - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX3230 POS CHK PURCHAS AMAZON.COM*ED1VM SEATTLE WA 00000101 4PTY9KP9ON1T | 06/01 | 14.69 |
| XX3230 POS CHK PURCHAS FABRIZIO PHYSICA LOS ANGELES CA 10386054 150147 | 06/01 | 20.00 |
| XX3230 POS CHK PURCHAS AMAZON.COM*T22C9 SEATTLE WA 00000101 33ARJOWP09BP | 06/01 | 65.21 |
| Zelle To ISABELLA STOLLER +1-877-696-2528 | 06/01 | 400.00 |
| BMW BANK BMWFS PYMT 303257840 | 06/01 | 422.77 |
| CMS MEDICARE PREMIUMS 60MGVM541S1 | 06/01 | 510.30 |
| RETURNED DEPOSIT ITEMS | 06/01 | 5,000.00 |
| XX3230 POS CHK PURCHAS UBER EATS 8005928996 CA 78802677 866572 | 06/02 | 30.37 |
| XX5733 POS CHK PURCHAS CVS/PHARMACY #09 Beverly Hills CA 30976708 086744 | 06/06 | 52.09 |
| XX5733 POS CHK PURCHAS RAM DANDILLAYA M BEVERLY HILLS CA 03248865 534320 | 06/06 | 125.00 |
| Zelle To ISABELLA STOLLER +1-877-696-2528 | 06/06 | 300.00 |
| XX5733 POS CHK PURCHAS LAZ PARKING 0708 LOS ANGELES CA 87002540 529242 | 06/07 | 7.00 |
| XX5733 POS CHK PURCHAS MINK RAD IMAG-BE BEVERLY HILLS CA 97558141 029411 | 06/07 | 40.00 |
| XX5733 POS CHK PURCHAS DIN TAI FUNG CEN LOS ANGELES CA 78161100 065335 | 06/07 | 120.50 |
| XX5733 POS CHK PURCHAS Brandini Toffee- Cabazon CA 00214895 409692 | 06/08 | 18.00 |
| XX5733 POS CHK PURCHAS SKIN FIVE LOS ANGELES CA 16121777 323529 | 06/08 | 31.76 |
| XX5733 POS CHK PURCHAS TST* Ollo Malibu CA 98681437 466133 | 06/09 | 65.22 |
| XX5733 POS CHK PURCHAS RITE AID 06327 CALABASAS CA 54927801 216024 | 08/10 | 27.56 |
| XX5733 POS CHK PURCHAS MARMALADE CAFE C CALABASAS CA 17602473 068810 | 06/10 | 49.97 |
| XX5733 POS CHK PURCHAS RALPHS FU 21940 WOODLAND HILL CA 00108126 355797 | 06/10 | 80.02 |
| XX5733 POS CHK PURCHAS BRISTOL FARMS MU WOODLAND HLS CA 38300701 745191 | 06/10 | 104.53 |
| XX5733 POS CHK PURCHAS PAYPAL *NY TIMES San Jose CA 69424885 061108331278 | 06/13 | 4.00 |
| XX5733 POS CHK PURCHAS Netflix.com Los Gatos CA 91980134 977324 | 06/13 | 15.49 |
| XX5733 POS CHK PURCHAS WALGREENS 18568 TARZANA CA 01813T22 150415 | 06/13 | 47.60 |
| XX5733 POS CHK PURCHAS LOVI S DELICATES CALABASAS CA 18403535 676043 | 06/13 | 57.64 |

* * * C O N T I N U E D * * *

# BANC OF CALIFORNIA

VANESSA STOLLER

======================================================================
## Basic Checking ACCOUNT XXXXXX9132
======================================================================

- - - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX5733 POS CHK PURCHAS PAYPAL *FRGTEAMF San Jose CA 69424885 061101267704 | 06/13 | 73.25 |
| XX5733 POS CHK PURCHAS CVS/PHARMACY #09 Woodland Hill CA 30961314 144739 | 06/13 | 122.56 |
| XX5733 POS CHK PURCHAS RALPHS #0 4754 C CALABASAS CA 00020507 024032 | 06/13 | 132.06 |
| XX5733 POS CHK PURCHAS Prime Video*J39W 888-802-3080 WA 06044131 297979 | 06/14 | 9.99 |
| XX5733 POS CHK PURCHAS RALPHS #0 4754 C CALABASAS CA 00020502 138705 | 06/14 | 31.28 |
| XX5733 POS CHK PURCHAS LOVI S DELICATES CALABASAS CA 18602854 312154 | 06/14 | 46.12 |
| XX5733 POS CHK PURCHAS INSTACART SAN FRANCISCO CA 04315336 821404 | 06/15 | 2.50 |
| XX5733 POS CHK PURCHAS CVS/PHARMACY #09 Woodland Hill CA 30961308 085429 | 06/15 | 60.34 |
| XX5733 POS CHK PURCHAS INSTACART SAN FRANCISCO CA 03447890 133372 | 06/15 | 140.22 |
| XX5733 POS CHK PURCHAS MERCADO BUENOS A VAN NUYS CA 11901295 368451 | 06/16 | 6.57 |
| XX5733 POS CHK PURCHAS MERCADO BUENOS A VAN NUYS CA 11901345 441174 | 06/16 | 11.86 |
| XX5733 POS CHK PURCHAS CVS/PHARM 09613- Woodland Hill CA 30961312 201300 | 06/16 | 12.48 |
| XX5733 POS CHK PURCHAS Newsstand*YT3DU8 866-321-8851 WA 73440651 074299 | 06/16 | 15.00 |
| XX5733 POS CHK PURCHAS BRISTOL FARMS MU WOODLAND HLS CA 38300701 264520 | 06/16 | 68.13 |
| XX5733 POS CHK PURCHAS MERCADO BUENOS A VAN NUYS CA 11901303 332406 | 06/16 | 93.20 |
| XX5733 POS CHK PURCHAS MERCADO BUENOS A VAN NUYS CA 11901279 500121 | 06/16 | 113.09 |
| XX5733 POS CHK PURCHAS SQ *SOLE SOUPS Agoura Hills CA 78677783 189518 | 06/17 | 65.32 |
| Zelle To ISABELLA STOLLER +1-877-696-2528 | 06/17 | 100.00 |
| XX5733 POS CHK PURCHAS Amazon Digit*4R8 amzn.com/bill WA 75259036 859068 | 06/21 | 9.99 |
| XX5733 POS CHK PURCHAS CVS/PHARM 09613- Woodland Hill CA 30961301 239880 | 06/21 | 30.66 |
| XX5733 POS CHK PURCHAS CVS/PHARMACY #09 Woodland Hill CA 30962703 035666 | 06/21 | 48.59 |
| XX5733 POS CHK PURCHAS CVS/PHARMACY #09 Woodland Hill CA 30961301 013045 | 06/21 | 59.41 |
| XX5733 POS CHK PURCHAS SQ *SOLE SOUPS Agoura Hills CA 46410443 522913 | 06/21 | 60.52 |

* * * C O N T I N U E D * * *



**BANC OF CALIFORNIA**

ACCOUNT: XXXXXX9132 06/30/2022 PAGE: 4

VANESSA STOLLER

=================================================================
Basic Checking ACCOUNT XXXXXX9132
=================================================================

- - - - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX5733 POS CHK PURCHAS MERCADO BUENOS A VAN NUYS CA 12302554 938421 | 06/21 | 70.00 |
| XX5733 POS CHK PURCHAS KINGS FISH HOUSE CALABASAS CA 40079429 106073 | 06/21 | 88.14 |
| XX5733 POS CHK PURCHAS CVS/PHARMACY #09 Woodland Hill CA 30988204 044719 | 06/21 | 88.59 |
| XX5733 CHECKING W/D 9045 WILSHIRE BLV BEVERLY HILLS CA VSD39767 008955 | 06/21 | 100.00 |
| XX5733 POS CHK PURCHAS URBANSTEMS 8556142779 DC 39410829 433861 | 06/21 | 133.27 |
| XX5733 POS CHK PURCHAS CVS/PHARMACY #09 Woodland Hill CA 30961301 018874 | 06/21 | 179.26 |
| XX5733 POS CHK PURCHAS BRISTOL FARMS MU WOODLAND HLS CA 38300701 009520 | 06/21 | 239.77 |
| XX5733 POS CHK PURCHAS PAYPAL *GOOGLE G San Jose CA 69034882 062111099948 | 06/22 | 1.99 |
| XX5733 POS CHK PURCHAS AMZN Digital*0B6 888-802-3080 WA 57341038 707126 | 06/22 | 9.98 |
| XX5733 POS CHK PURCHAS AMZN DIGITAL*ZY2 888-802-3080 WA 88570425 860465 | 06/22 | 9.99 |
| XX5733 POS CHK PURCHAS AMZN Digital*756 888-802-3080 WA 36218602 041169 | 06/22 | 12.98 |
| XX5733 POS CHK PURCHAS AMZN Digital*3E2 888-802-3080 WA 60537661 854040 | 06/22 | 12.99 |
| XX5733 POS CHK PURCHAS AMZN Digital*BA3 888-802-3080 WA 61907113 830523 | 06/22 | 14.99 |
| XX5733 POS CHK PURCHAS DAN MODERN CHINE LOS ANGELES CA 00229319 934792 | 06/22 | 77.70 |
| XX5733 POS CHK PURCHAS RALPHS #0 22915 WEST HILLS CA 00021303 130102 | 06/23 | 15.42 |
| XX5733 POS CHK PURCHAS STONEFIRE GRILL WEST HILLS CA 31822694 725943 | 06/23 | 69.99 |
| XX5733 POS CHK PURCHAS ALEXANDRE RASOUL LOS ANGELES CA 05499209 842637 | 06/23 | 100.00 |
| XX5733 POS CHK PURCHAS Audible*3S09J2D6 Amzn.com/bill NJ 74669736 900069 | 06/27 | 7.95 |
| XX5733 POS CHK PURCHAS Amazon Digit*7I4 amzn.com/bill WA 24637212 640089 | 06/27 | 7.99 |
| XX5733 POS CHK PURCHAS PAYPAL *EBAY US San Jose CA 69424885 062501447737 | 06/27 | 46.72 |
| XX5733 POS CHK PURCHAS PAYPAL *HELPCOUR San Jose CA 69034882 062506111375 | 06/27 | 49.00 |
| XX5733 POS CHK PURCHAS LOVI S DELICATES CALABASAS CA 10802277 440258 | 06/27 | 63.85 |

* * * C O N T I N U E D * * *

OPS-6000

## BANC OF CALIFORNIA

VANESSA STOLLER

=========================================================================

### Basic Checking ACCOUNT XXXXXX9132
=========================================================================

- - - - - - - - - OTHER DEBITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX5733 POS CHK PURCHAS ANNE MATTSON CALABASAS CA 07573755 935803 | 06/27 | 92.00 |
| XX5733 POS CHK PURCHAS UNION EXPRESS PO WOODLAND HILL CA 07814316 614560 | 06/28 | 14.13 |
| XX5733 POS CHK PURCHAS LOVI S DELICATES CALABASAS CA 11400789 778945 | 06/28 | 16.51 |
| XX5733 POS CHK PURCHAS LITERATI CAFE SANTA MONICA CA 22005344 583389 | 06/28 | 28.08 |
| XX5733 POS CHK PURCHAS SQ *HEALTH NUT ( Woodland Hill CA 54445050 585657 | 06/28 | 33.07 |
| XX5733 POS CHK PURCHAS HUMMUS BAR GRIL TARZANA CA 12404212 034890 | 06/28 | 113.08 |
| XX5733 POS CHK PURCHAS RALPHS #0 4754 C CALABASAS CA 00020507 020833 | 06/28 | 208.64 |
| XX5733 POS CHK PURCHAS BRISTOL FARMS MU WOODLAND HLS CA 38300701 441417 | 06/29 | 57.84 |
| XX5733 POS CHK PURCHAS CHEVRON/LINCOLN SANTA MONICA CA 10040101 702830 | 06/29 | 80.07 |
| Mailed Statement Fee | 06/30 | 5.00 |
| XX5733 POS CHK PURCHAS SQ *PUDU PUDU Los Angeles CA 63503509 972782 | 06/30 | 6.42 |
| XX5733 POS CHK PURCHAS AMAZON.COM*OL841 SEATTLE WA 00000101 2GPOXYG397LJ | 06/30 | 13.05 |
| XX5733 POS CHK PURCHAS AMAZON.COM*YH8NS SEATTLE WA 00000101 31CCFDQ00S2K | 06/30 | 13.05 |
| XX5733 POS CHK PURCHAS AMAZON.COM*716R7 SEATTLE WA 00000101 5RIW2TUST8OI | 06/30 | 14.21 |
| XX5733 POS CHK PURCHAS TST* Gjelina Venice CA 38558363 332257 | 06/30 | 20.77 |
| XX5733 POS CHK PURCHAS TST* Ollo Malibu CA 98128677 855499 | 06/30 | 51.05 |
| XX5733 POS CHK PURCHAS TST* Gjelina Venice CA 38558355 234301 | 06/30 | 149.28 |
| XX5733 POS CHK PURCHAS WHOLEFDS 23401 MALIBU CA 89033002 214319 | 06/30 | 157.91 |
| XX5733 POS CHK PURCHAS PETSMART # 1854 CANOGA PARK CA 08995814 016564 | 06/30 | 161.48 |
| XX5733 POS CHK PURCHAS 18K NAIL BOUTIQU BELLEVUE WA 03370019 147619 | 06/30 | 170.00 |
| XX5733 POS CHK PURCHAS IC* INSTACART SAN FRANCISCO CA 01211919 044524 | 06/30 | 209.34 |
| XX5733 POS CHK PURCHAS WARBY PARKER NEW YORK CITY NY 02234422 642433 | 06/30 | 262.80 |

* * * C O N T I N U E D * * *





# BANC OF CALIFORNIA

VANESSA STOLLER

=========================================================================

Basic Checking ACCOUNT XXXXXX9132

=========================================================================

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| * TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| * TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

- - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 06/01        2,251.74 | 06/13          771.19 | 06/23        1,913.86 |
| 06/02        2,221.37 | 06/14          683.80 | 06/24        1,983.85 |
| 06/06        1,744.28 | 06/15          730.74 | 06/27        1,716.34 |
| 06/07        1,576.78 | 06/16          410.41 | 06/28        1,302.83 |
| 06/08        1,527.02 | 06/17          245.09 | 06/29        2,164.92 |
| 06/09        1,461.80 | 06/21        2,239.89 | 06/30          930.56 |
| 06/10        1,199.72 | 06/22        2,099.27 | |

- END OF STATEMENT -

QPS-5000    EQUAL HOUSING LENDER