>  **FILED & ENTERED**
>
>  **AUG 02 2022**
>
>  **CLERK U.S. BANKRUPTCY COURT**
>  **Central District of California**
>  **BY Cetulio    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>VANESSA STOLLER,<br><br>　　　　　　　　　　Debtor. | Case No.:  1:22-bk-10141-MB<br><br>Chapter 11<br><br>**ORDER SETTING HEARING ON APPLICATION TO EMPLOY KELLER WILLIAMS REALTY AS REAL ESTATE AGENT [CASE DKT. 77]**<br><br><u>Hearing</u><br>Date:　August 24, 2022<br>Time:　1:30 p.m.<br>Place:　Courtroom 303<br><br>The hearing will be conducted remotely, using ZoomGov video and audio:<br><br>URL: **https://cacb.zoomgov.com/j/1618538265**<br>Meeting ID: **161 853 8265**<br>Password: **399246**<br>Telephone Numbers: **1 (669) 254 5252**<br>　　　　　　　　　　or **1 (646) 828 7666**<br>　　　　　　　　　　or **1 (669) 216 1590**<br>　　　　　　　　　　or **1 (551) 285 1373**<br>　　　　　　　　　　or **(833) 568 8864** (toll free) |

On June 8, 2022, the debtor and debtor in possession Vanessa Stoller (the "Debtor"), filed her *Application to Employ Keller Williams Realty as Real Estate Agent* (the "Application," case dkt. 77) seeking authority to employ Keller Williams Realty ("Keller Williams") as the real estate broker for the bankruptcy estate. The Application candidly discloses that Keller Williams will split its commission with the broker for the buyers, "another Keller Williams agency." Application at 1.

Section 327(a) of the Bankruptcy Code permits debtors in possession to employ professional persons "that do not . . . represent an interest adverse to the estate and that are disinterested persons . . . " 11 U.S.C. §327(a). It appears that the Debtor seeks to employ Keller Williams to represent both the estate and the proposed buyers of the estate's real property and that Keller Williams therefore would be representing adverse interests with respect to the proposed sale. Additionally, Judge Barash's "Judicial Variance Statement Regarding the Local Bankruptcy Rules, the Central Guide and Forms" provides in pertinent part:

> **Applications to Employ Real Estate Brokers**: Notwithstanding California law permitting dual representation or the language in form listing agreements, real estate brokers employed by the bankruptcy estate may only represent the seller in any sale. The order employing a real estate broker must include language substantially similar to the following:
>
> It is further ordered that notwithstanding anything to the contrary contained in the listing agreement attached to the application, [name of real estate broker] and the persons acting as agents may only represent the estate, as seller of the subject real property. Neither [name of real estate broker] nor any person acting as an agent of [name of real estate broker], shall receive, directly or indirectly, any compensation payable

to any broker or agent representing the buyer of the subject real property.[1]

Having considered the Application, notice thereof and the Debtor's supplement to the Application, and based on the foregoing, **IT IS HEREBY ORDERED THAT:**

1. The Court will conduct a hearing on the Application on **August 24, 2022 at 1:30 p.m.** via ZoomGov audio and video. ZoomGov connection information is provided in the caption of this Order.

2. Any supplemental evidence in support of the Application demonstrating that Keller Williams does not represent adverse interests with respect to the proposed sale, and is disinterested, shall be filed no later than **August 17, 2022**. Evidence regarding the marketing of the Debtor's real property, including the length of the marketing period, the number of inquiries and offers received from non-Keller Williams buyers, and the extent to which Keller Williams has a pecuniary interest in the broker's commission to be paid on account of the proposed buyers' broker, may be relevant to this issue.

### #

Date: August 2, 2022

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

---

[1] https://www.cacb.uscourts.gov/sites/cacb/files/documents/judges/instructions/MB_Judicial-Variance-Statement.pdf